B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    Framingham 4 Bishop, LLC                    ,    Case No. __09-43268-JBR__

                                    Debtor           Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 15,000,000.00 | | |
| B - Personal Property | Yes | 3 | 6,406.70 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 29,324,036.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 146,969.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 15,006,406.70 | | |
| Total Liabilities | | | | 29,471,006.57 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    Framingham 4 Bishop, LLC

Debtor

Case No.    09-43268-JBR

Chapter    11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Framingham 4 Bishop, LLC                                                            Case No.    09-43268-JBR
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4 Bishop Street<br>Framingham, Massachuset 01752 | Fee | - | 15,000,000.00 | 29,000,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | 15,000,000.00 | (Total of this page) |
|  | Total > | 15,000,000.00 |  |

___0___ continuation sheets attached to the Schedule of Real Property    (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Framingham 4 Bishop, LLC                                              Case No.    09-43268-JBR
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - | - | 391.70 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Hanover Insurance Group - Businessowners Policy No. OBN 8603546 02 | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 391.70 |
|---|---|---|---|
|  |  | (Total of this page) |  |

  2   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Framingham 4 Bishop, LLC                                    Case No.    09-43268-JBR
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Tenant Rental Income | - | 6,015.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total >  | 6,015.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet   1   of   2   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Framingham 4 Bishop, LLC                                           Case No.    09-43268-JBR
_____,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 6,406.70 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    Framingham 4 Bishop, LLC                                    Case No.    09-43268-JBR
_____                              _____
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| NONE. | | | |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Framingham 4 Bishop, LLC                                    Case No.    09-43268-JBR
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 4 Bishop Street Framingham, Massachuset 01752 | | | | | |
| Amalgamated Bank 1825 K Street NW Washington, DC 20006 | - | | | | | X | X | X | | |
| | | | | | Value $          15,000,000.00 | | | | 29,000,000.00 | 14,000,000.00 |
| Account No. | | | | | | | | | | |
| Town of Framingham Fire Department 10 Loring Drive Framingham, MA 01701 | - | | | | | X | X | X | | |
| | | | | | Value $                    0.00 | | | | 200.00 | 0.00 |
| Account No. | | | | | | | | | | |
| Town of Framingham Tax Collectors Office 150 Concord Street Framingham, MA 01702 | - | | | | | X | X | X | | |
| | | | | | Value $                    0.00 | | | | 305,147.51 | 0.00 |
| Account No. | | | | | | | | | | |
| Town of Framingham Water/Sewer Department P.O. Box 15668 Worcester, MA 01615-0668 | - | | | | | X | X | X | | |
| | | | | | Value $                    0.00 | | | | 18,689.27 | 0.00 |

|  |  |  |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | 29,324,036.78 | 14,000,000.00 |
| | Total (Report on Summary of Schedules) | 29,324,036.78 | 14,000,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    Framingham 4 Bishop, LLC                                                  Case No.    09-43268-JBR
                                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Framingham 4 Bishop, LLC                                              Case No.    09-43268-JBR
_____                              _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> 65 Boston Post Road LLC <br> 40 Mechanic Street, Ste. 300 <br> Marlborough, MA 01752 | | - | | | | | 47,390.00 |
| Account No. <br><br> Alpine Web Design <br> P.O. Box 1396 <br> North Conway, NH 03860 | | | | | | | 216.00 |
| Account No. <br><br> Apartments for Rent <br> 75 Remittance Drive <br> # 1705 <br> Chicago, IL 60675-1705 | | - | | | | | 4,028.00 |
| Account No. <br><br> Associated Elevator <br> 583 Forest Road, Unit D <br> P.O. Box 500 <br> South Yarmouth, MA 02664 | | | | | | | 6,648.27 |
| 3    continuation sheets attached | | | Subtotal (Total of this page) | | | | 58,282.27 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:23578-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Framingham 4 Bishop, LLC                                          Case No.    09-43268-JBR
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Boston Globe  P.O. Box 4074  Woburn, MA 01888-4074 | - | | | | | | 25,156.44 |
| Account No.  BP Trucking Inc.  P.O. Box 386  Ashland, MA 01721 | - | | | | | | 289.14 |
| Account No.  Chase Building Associate II L.P.  40 Mechanic Street, Ste. 300  Marlborough, MA 01752 | - | | | | | | 3,925.00 |
| Account No.  D&I Limited Partnership  40 Mechanic Street, Ste. 300  Marlborough, MA 01752 | - | | | | | | 220,500.00 |
| Account No.  Framingham 300 Howard Street LLC  40 Mechanic Street, Ste. 300  Marlborough, MA 01752 | - | | | | | | 54,480.00 |

Sheet no.  1  of  3  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                304,350.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Framingham 4 Bishop, LLC                              Case No.    09-43268-JBR
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hanover Insurance Company P.O. Box 4031 Woburn, MA 01888-1031 | - | | | | | | 7,047.60 |
| Account No. | | | | | | | |
| Lumber Resolution I Realty Trust 40 Mechanic Street, Ste. 300 Marlborough, MA 01752 | - | | | | | | 4,000.00 |
| Account No. | | | | | | | |
| NStar Electric PO Box 4508 Woburn, MA 01888-4508 | - | | | | | | 13,028.53 |
| Account No. | | | | | | | |
| NStar Gas P.O. Box 4508 Woburn, MA 01888-4508 | - | | | | | | 1,103.35 |
| Account No. | | | | | | | |
| Rosewood Management Associates, Inc. 40 Mechanic Street Suite 300 Marlborough, MA 01752 | - | | | | | | 80,385.53 |

Sheet no. __2__ of __3__ sheets attached to Schedule of                               Subtotal        105,565.01
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Framingham 4 Bishop, LLC                                    Case No.    09-43268-JBR
_____                                       _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Verizon <br> P.O. Box 1 <br> Worcester, MA 01654-0001 | | - | | | | | | 439.87 |
| Account No. <br><br> Weston Nurseries Inc. <br> P.O. Box 186 <br> Hopkinton, MA 01748 | | - | | | | | | 1,677.06 |
| Account No. <br><br> Zanca Land Surveying <br> 16 Gleasondale Road <br> Suite 1-2 <br> Stow, MA 01775 | | - | | | | | | 6,950.00 |
| Account No. <br><br> | | | | | | | | |
| Account No. <br><br> | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 9,066.93 |
| Total <br> (Report on Summary of Schedules) | 477,264.79 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re __Framingham 4 Bishop, LLC__                                    Case No. __09-43268-JBR__
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Notice** | Certain executory contracts or unexpired leases herein may constitute financing arrangements. The Debtor reserves all rights with respect to such determinations. |
| Arbor-Turf Services<br>P.O. Box 509<br>Marlborough, MA 01752 | Lawn/Shrub/Tree Care |
| Associated Elevator<br>583 Forest Road, Unit D<br>P.O. Box 500<br>South Yarmouth, MA 02664 | Elevator Service |
| Landscape Designing Inc.<br>81 Mount Vickery Road<br>Southborough, MA 01772 | Lawn Mowing |
| Power Products<br>107 Audubon Road, Bld.1, Ste. 10<br>Wakefield, MA 01880 | Emergency Generator Service |
| Rosewood Management Associates, Inc.<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | Property Management Services |
| The Hanover Insurance Group<br>c/o Northstar Insurance Services, Inc.<br>300 First Ave., Ste. 100<br>Needham, MA 02492 | Commercial General Insurance (agent) |
| Various Tenants | Leases of Residential Real Property<br>See Exhibit G-1 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

## Exhibit G-1.  Executory Contracts and Unexpired Leases (Tenants)

Jennifer & Jonathan Scanlon                         Lease of residential real property
4 Bishop Street
Unit 203
Framingham, MA   01702


Mariah Donavan & Alison Leahy                       Lease of residential real property
4 Bishop Street
Unit 215
Framingham, MA   01702


William Miles                                       Lease of residential real property
4 Bishop Street
Unit 305
Framingham, MA   01702


Yousaf Ali Shaik                                    Lease of residential real property
4 Bishop Street
Unit 312
Framingham, MA   01702


Kimberly Baker & Parthir Nayak                      Lease of residential real property
4 Bishop Street
Unit 404
Framingham, MA   01702


Nikoletta Kallinteris                               Lease of residential real property
4 Bishop Street
Unit 410
Framingham, MA   01702


Luchia Russo                                        Lease of residential real property
4 Bishop Street
Unit 415
Framingham, MA   01702


Chad Martin                                         Lease of residential real property
4 Bishop Street
Unit 414
Framingham, MA   01702

| | |
|---|---|
| Richard Eaton<br>4 Bishop Street<br>Unit 503<br>Framingham, MA   01702 | Lease of residential real property |
| Dong Sook Kim<br>4 Bishop Street<br>Unit 403<br>Framingham, MA   01702 | Lease of residential real property |
| Vickie Duvall<br>4 Bishop Street<br>Unit 417<br>Framingham, MA   01702 | Lease of residential real property |
| Hongsoo Jun & Jungsook Kim<br>4 Bishop Street<br>Unit 113<br>Framingham, MA   01702 | Lease of residential real property |
| Michela Paganelli & Jen Kass<br>4 Bishop Street<br>Unit 303<br>Framingham, MA   01702 | Lease of residential real property |
| Juan Cubillos & Mariaelena DeLamo<br>4 Bishop Street<br>Unit 309<br>Framingham, MA   01702 | Lease of residential real property |
| Darrel Sweet<br>4 Bishop Street<br>Unit 202<br>Framingham, MA   01702 | Lease of residential real property |
| James Clarke & Julie Fritz<br>4 Bishop Street<br>Unit 205<br>Framingham, MA   01702 | Lease of residential real property |

2

539458-v1

Amy Bryson                                          Lease of residential real property
4 Bishop Street
Unit G18
Framingham, MA   01702


Ana Silva                                           Lease of residential real property
4 Bishop Street
Unit 217
Framingham, MA   01702


Beatrice Goldman                                    Lease of residential real property
4 Bishop Street
Unit 218
Framingham, MA   01702


Duncan Gikey                                        Lease of residential real property
4 Bishop Street
Unit 507
Framingham, MA   01702


Rosemary Garneau                                    Lease of residential real property
4 Bishop Street
Unit 103
Framingham, MA   01702


Katie Boyd                                          Lease of residential real property
4 Bishop Street
Unit 502
Framingham, MA   01702


Nathan Brackett                                     Lease of residential real property
4 Bishop Street
Unit 500
Framingham, MA   01702


Dan Cornelius & Scott Cota                          Lease of residential real property
4 Bishop Street
Unit 318
Framingham, MA   01702

3

Nancy Collins & Tara Paulauskas                Lease of residential real property
4 Bishop Street
Unit 104
Framingham, MA   01702

Kate McKinley & Cynthia Manna                  Lease of residential real property
4 Bishop Street
Unit 315
Framingham, MA   01702

Edwin Oh & Mina Kang                           Lease of residential real property
4 Bishop Street
Unit 416
Framingham, MA   01702

Ryan & Jennifer Richardson                     Lease of residential real property
4 Bishop Street
Unit 109
Framingham, MA   01702

Anne O'Leary                                   Lease of residential real property
4 Bishop Street
Unit 407
Framingham, MA   01702

Michael Peterson                               Lease of residential real property
4 Bishop Street
Unit 401
Framingham, MA   01702

Timothy Scott                                  Lease of residential real property
4 Bishop Street
Unit 112
Framingham, MA   01702

Young-ki Pak & Ming Jang                        Lease of residential real property
4 Bishop Street
Unit 115
Framingham, MA   01702

4

Joseph Chartor                                          Lease of residential real property
4 Bishop Street
Unit 212
Framingham, MA   01702


Weiyang Wang                                            Lease of residential real property
4 Bishop Street
Unit 413
Framingham, MA   01702


Kim Carter                                              Lease of residential real property
4 Bishop Street
Unit 310
Framingham, MA   01702


Fernando & Alexandria Retana                            Lease of residential real property
4 Bishop Street
Unit 302
Framingham, MA   01702


Nicholas Zafiropulos                                    Lease of residential real property
4 Bishop Street
Unit 106
Framingham, MA   01702


Derek Gage & Charlotte Moxley                           Lease of residential real property
4 Bishop Street
Unit G14
Framingham, MA   01702


Lance Carluccio                                         Lease of residential real property
4 Bishop Street
Unit 409
Framingham, MA   01702


Danielle Kraus & Mary Dolan                             Lease of residential real property
4 Bishop Street
Unit 214
Framingham, MA   01702


Desirea & John Klampe                                   Lease of residential real property
4 Bishop Street
Unit 306

539458-v1

Framingham, MA  01702

Iris Calder & Elizabeth Bacote                  Lease of residential real property
4 Bishop Street
Unit 313
Framingham, MA  01702

Kelly Mitchell & Deana Archambault              Lease of residential real property
4 Bishop Street
Unit 216
Framingham, MA  01702

Jennifer Perrin & Erin Jonasson                 Lease of residential real property
4 Bishop Street
Unit G16
Framingham, MA  01702

Patrick Conroy & Mandy Rourke                   Lease of residential real property
4 Bishop Street
Unit 301
Framingham, MA  01702

Paul Nicholson                                  Lease of residential real property
4 Bishop Street
Unit 506
Framingham, MA  01702

Ljijana & Slavisa Skero                         Lease of residential real property
4 Bishop Street
Unit 307
Framingham, MA  01702

Stephanie Yelton                                Lease of residential real property
4 Bishop Street
Unit 213
Framingham, MA  01702

Dominic & Stephanie DeSimone                    Lease of residential real property
4 Bishop Street
Unit 504
Framingham, MA  01702

539458-v1

| | |
|---|---|
| Melissa Marshall & Patgrick V. Battle<br>4 Bishop Street<br>Unit 116<br>Framingham, MA   01702 | Lease of residential real property |
| Brian Stallings<br>4 Bishop Street<br>Unit 209<br>Framingham, MA   01702 | Lease of residential real property |
| Frank Giampa<br>4 Bishop Street<br>Unit 114<br>Framingham, MA   01702 | Lease of residential real property |
| David Soucy<br>4 Bishop Street<br>Unit 505<br>Framingham, MA   01702 | Lease of residential real property |
| Mailei Hong & Elvina Wijaya<br>4 Bishop Street<br>Unit 317<br>Framingham, MA   01702 | Lease of residential real property |
| Marlene McGregor<br>4 Bishop Street<br>Unit 101<br>Framingham, MA   01702 | Lease of residential real property |
| Greg Jenkins & Michael Shields<br>4 Bishop Street<br>Unit 105<br>Framingham, MA   01702 | Lease of residential real property |
| Autumn & Jordan Wade<br>4 Bishop Street<br>Unit 411<br>Framingham, MA   01702 | Lease of residential real property |

539458-v1

Michele & Glen Brunson                          Lease of residential real property
4 Bishop Street
Unit 210
Framingham, MA   01702

Osler Toy                                        Lease of residential real property
4 Bishop Street
Unit 406
Framingham, MA   01702

Matthew Roberts & Chris Bohley                   Lease of residential real property
4 Bishop Street
Unit 201
Framingham, MA   01702

539458-v1

B6H (Official Form 6H) (12/07)

In re    Framingham 4 Bishop, LLC                                    Case No.    09-43268-JBR
                                            Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Framingham Clinton Street, LLC<br>40 Mechanic Street, Ste. 300<br>Marlborough, MA 01752 | Amalgamated Bank<br>1825 K Street NW<br>Washington, DC 20006 |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    **Framingham 4 Bishop, LLC**                                              Case No.    **09-43268-JBR**

Debtor(s)                                        Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**14**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 4, 2009**                                Signature    **/s/ David P. Depietri**

**David P. Depietri**
**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.